No. 03–5595. BRENNAN v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS. Sup. Ct. R. I. Certiorari denied.

No. 03–5596. ROSS v. MARION COUNTY, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–5598. McCOY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5599. BRASWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5600. ROGERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5601. SERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5603. McGRATH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5604. CHAVEZ-CALDERON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5605. DAVIS v. DEPARTMENT OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 03–5606. ETHERIDGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5607. BARNES v. MORRISON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 03–5608. BISHOP v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–5610. BARTLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5611. BRANTLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5613. LINCOLN v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.